ETANISLÁ RIVERA, Plaintiff and Appellee, v. FAUSTINO CARRAS-QUILLO, Defendant and Appellant.

No. 5380. Argued July 14, 1930.—Decided July 18, 1930.

*Joaquín Vendrell* for appellant. *Silvestre Cruz* for appellee.

MR. JUSTICE TEXIDOR delivered the opinion of the Court.

This is a motion to dismiss the appeal in the above entitled cause. We find the motion vague and difficult to understand, and to it there has been attached an uncertified copy of the order appealed from made by the District Court

of San Juan which, if it could be considered, would be sufficient for a determination of the case, as the issue involved appears perfectly clear therefrom. But the requirement is that such supporting documents be presented in the form of a certification, and in our opinion that form should not be departed from.

For that reason and, as the ground urged does not appear on the face of the motion to dismiss, this motion will be denied, without prejudice to its further submission in proper form.